IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAXTON COOPER, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 16-764 |
| | : | |
| v. | : | |
| | : | |
| WARDEN ECKARD, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 29th day of February, 2016, after considering the application to proceed *in forma pauperis* and the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by the *pro se* petitioner, Braxton Cooper (Doc. No. 1); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The application to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** for the limited purpose of satisfying the filing fee requirement;

2. The petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

3. There is no cause for issuance of a certificate of appealability; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.