IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAXTON COOPER, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 16-764 |
| | : | |
| v. | : | |
| | : | |
| WARDEN ECKARD, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 17th day of March, 2016, after considering the "Memorandum of Public Rules," filed by the *pro se* petitioner, Braxton Cooper (Doc. No. 5); and the court having interpreted this filing as a motion for reconsideration of the court's judgment denying his petition for lack of subject-matter jurisdiction; and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for reconsideration (Doc. No. 5) is **DENIED**; and

2. The court will not issue a certificate of appealability.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.